FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEKSANDR L. YUFA, | ) | Case No. CV 06-3923-GPS(FFMx): |
| Plaintiff, | ) | **ORDER REMOVING ACTION FROM ACTIVE CASELOAD** |
| v. | ) | |
| LOCKHEED MARTIN CORPORATION, | ) | |
| Defendants. | ) | |

By order dated <u>March 16, 2007</u>, the Court granted defendant's ex parte application for Stay Pending Reexamination of US Patent No 6,034,769 and U.S. Patent 6,346,983. The Court VACATES the status conference set for July 9, 2007. Because there are now no further proceedings pending in this Court,

IT IS HEREBY ORDERED that the action be removed from the Court's active caseload until further application by the parties or Order of the Court.

IT IS FURTHER ORDERED that counsel file a quarterly joint status report commencing on <u>July 9, 2007.</u>

This Court retains jurisdiction over the action.

IT IS SO ORDERED.

DATED: 3/27/07

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM

MAR 28 2007

BY _____ 145