| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEKSANDR L. YUFA, | | Case No. CV-06-3923 BRO (FFMx) |
| | Plaintiff, | |
| v. | | **JUDGMENT** |
| LOCKHEED MARTIN CORPORATION, | | Judge: Hon. Beverly Reid O'Connell |
| | Defendant. | |
| LOCKHEED MARTIN CORPORATION, | | |
| | Counterclaim-Plaintiff, | |
| v. | | |
| ALEKSANDR L. YUFA, | | |
| | Counterclaim-Defendant. | |

Case No. CV-06-3923 BRO (FFMx)

Before the Court is Defendant Lockheed Martin Corporation's ("Lockheed Martin") Request for Entry of Judgment.  On December 23, 2013, this Court granted Lockheed Martin's motion for summary judgment of non-infringement against all of Plaintiff Aleksandr L. Yufa's claims of infringement with respect to U.S. Patent Nos. 6,034,769 and 6,346,983 (the "Patents-in-Suit").  (Dkt. No. 292.)

On January 10, 2014, both parties stipulated to a dismissal, without prejudice, of Lockheed Martin's Counterclaim for declaratory judgment of invalidity, unenforceability, and non-infringement of the Patents-in-Suit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 307), and on January 16, 2014, this Court entered an Order on Voluntary Dismissal by Stipulation Without Prejudice of Lockheed Martin's Counterclaim Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. No. 309).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with this Court's Order Granting Defendant's Motion for Summary Judgment, the parties' Voluntary Dismissal by Stipulation Without Prejudice of Lockheed Martin's Counterclaim Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and this Court's Order on Voluntary Dismissal by Stipulation Without Prejudice of Lockheed Martin's Counterclaim Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby renders the following Judgment:

1. Lockheed Martin has not infringed Claims 1 or 4-6 of U.S. Patent No. 6,034,769.

2. Lockheed Martin has not infringed Claims 6-8 of U.S. Patent No. 6,346,983.

3. Lockheed Martin's Counterclaim for declaratory judgment of invalidity, unenforceability, and non-infringement of U.S. Patent Nos. 6,034,769 and 6,346,983 is dismissed without prejudice.

1  Accordingly, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff
2  Aleksandr L. Yufa take nothing from Lockheed Martin and that all pending
3  motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated:  January 23, 2014

By: _____
　　　HON. BEVERLY REID O'CONNELL
　　　United States District Court Judge